**88-107.** Digital and Analog Design Corp. v. North Supply Co. *Lorain County,* No. 4213. On motions for leave to file *amicus* of Miller and Wikel Mfg. Motions granted.

Moyer, C.J., Locher and Holmes, JJ., dissent.

**88-114.** Consolidated Freightways, Inc. v. Carolina Freight Co. *Stark County,* No. CA-7224. On motion for leave to file *amicus* of Prudential Ins. Co. Motion granted.

H. Brown, J., not participating.

**88-577.** Commerce & Industry Ins. Co. v. Toledo. *Lucas County,* No. L-86-392. On motion for leave to file *amicus* of Ohio Municipal League. Motion granted.

**88-630.** State v. Klinck. *Lucas County,* Nos. L-87-173 and L-87-174. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Assn. Motion granted.

**88-920.** Curtis v. O'Brien. *Franklin County,* No. 87AP-969. On motion to withdraw as counsel. Motion granted.

**88-929.** State, ex rel. Fyffe, v. Pierce. In Prohibition. On motion for leave to file *amicus* of The Tribune. Motion granted.

**88-955.** Boroff v. McDonald's Restaurant of Ohio, Inc. *Franklin County,* No. 87AP-399. On motion for leave to file *amicus* of Ohio Manufacturers Assn. Motion granted.

**88-1051.** Clinton Gas Marketing, Inc. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-30-GAAEC. On motion of East Ohio Gas Company for leave to intervene. Motion granted.

**88-1061.** State v. Carter. *Franklin County,* No. 87AP-1027. On motion for delayed appeal. Motion granted.

**88-1067.** State v. Hall. *Warren County,* No. CA86-06-037. On motion for leave to file delayed appeal. Motion denied.

Holmes, Wright and H. Brown, JJ., dissent.

**88-1070.** State v. Simpson. *Summit County,* No. 13387. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., dissents.

**88-1079.** State v. Hicks. *Hamilton Coun-* ty, No. C-860173. On motion for leave to file notice of appeal instanter. Motion granted.

**88-1095.** The 37 Robinwood Associates v. Health Industries, Inc. *Franklin County,* No. 87AP-1076. On motion for leave to file instanter. Motion granted.

**88-1099.** Sparks v. Sparks. *Clark County,* No. CA 2370. On motion for leave to file notice of appeal instanter. Motion denied.

**88-1112.** Chronister v. Dudding. *Columbiana County,* No. 87-C-11. On motion for leave to file notice of appeal instanter. Motion granted.

**88-1127.** State v. Lawrence. *Cuyahoga County,* No. 52036. On motion for leave to file delayed appeal. Motion granted.

**88-1133.** State v. Williams. *Cuyahoga County,* No. 53191. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., dissents.

**88-1157.** State v. Curnutte. *Lorain County,* Nos. 4189 and 4198. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Locher and Holmes, JJ., dissent.

**88-1158.** State v. Ector. *Cuyahoga County,* No. 50224. On motion for leave to file delayed appeal. Motion denied.

**88-1163.** State v. Elder. *Hamilton County,* Nos. C-870267 and C-870302. On motion for leave to file delayed appeal. Motion denied.

Locher, Wright and H. Brown, JJ., dissent.

**88-1282.** Ohio Bell Telephone Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 85-1076-TP-CSS. On motion to consolidate with 87-2208, *Ohio Bell Tel. Co. v. Pub. Util. Comm.,* Appeal from the Public Utilities Commission of Ohio, No. 85-1076-TP-CSS. Motion granted.